FILED

December 30, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )          Case No.  2:05-mj-366 KJM
            Plaintiff,               )
                                     )
v.                                   )          ORDER FOR RELEASE OF
                                     )          PERSON IN CUSTODY
Emilio R. Samson,                    )
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Emilio R. Samson Case No. 2:05-mj-366 KJM

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     __      Release on Personal Recognizance

     __      Bail Posted in the Sum of _____

     X      $25,000 Unsecured Appearance Bond

     __      Appearance Bond with 10% Deposit

     __      Appearance Bond secured by Real Property

     __      Corporate Surety Bail Bond

     X      (Other) PTS conditions/supervision

Issued at _Sacramento, CA_ on December 30, 2005 _ at 1:55 p.m.

By _____

Kimberly J. Mueller
United States Magistrate Judge